**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ARSHAK GRIGORYAN | CIVIL ACTION NO. 26-0278 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN WINN CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

The Magistrate Judge prepared a well-reasoned Report and Recommendation that granted the Petitioner's petition for a writ of habeas corpus. Record Document 16. The Respondents have not filed an objection or provided any information to the Court that the Petitioner is a danger to the community.

After an independent review of the record and noting the absence of facts that would indicate that the Petitioner presents a risk of danger or flight, the Court has determined that the findings and analysis of the Report and Recommendation are correct.

Considering the foregoing, and for the reasons stated in the Report and Recommendation,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus, Record Document 1, is **GRANTED**. The Petitioner shall be **RELEASED** immediately and under appropriate conditions as determined by the Department of Homeland Security.

1

**IT IS FURTHER ORDERED** that Petitioner's Motion to Expedite, Record Document 18, is **DENIED** as moot.

**THE CLERK IS INSTRUCTED** to email a copy of this judgment to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana.

**DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of June, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE